DAVID J. COOK, ESQ. (State Bar # 060859)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA  94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 54349

Attorneys for Plaintiff
JOE HAND PROMOTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> STEVEN MELENDEZ GONZALES and WENDY M. RAYGOZA, individually and dba FATTIE ALBERT'S PIZZA CO. aka FATTE ALBERTS PIZZA COMPANY, <br><br> Defendants. | CASE NO. 1:10-cv-00134-OWW-DLB <br><br> ORDER TO CONTINUE THE JULY 11, 2011 SETTLEMENT CONFERENCE <br><br><br> Date:   August 9, 2011 <br> Time:   1:30 p.m. <br> Courtroom: 9 <br> Magistrate Judge: Dennis L. Beck |

Based upon the stipulation by and through their counsel, Plaintiff JOE HAND PROMOTIONS, INC., and Defendants STEVEN MELENDEZ GONZALES and WENDY M. RAYGOZA, individually and dba FATTIE ALBERT'S PIZZA CO., to continue the Settlement Conference Hearing for thirty (30) to forty-five (45) days, and for good cause appearing, therefore,

IT IS HEREBY ORDERED that the July 11, 2011 Settlement Conference is vacated and rescheduled to August 9, 2011 at 1:30 p.m. in Courtroom 9 before the Honorable Dennis L. Beck.

IT IS SO ORDERED.

Dated:   **July 7, 2011**          /s/ **Dennis L. Beck**
                          UNITED STATES MAGISTRATE JUDGE